UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT JESUS BLANCAS,<br>Defendant. | Case No. 21-cr-00105-VC-1<br><br>**ORDER RE RELATED CASE NOTICE**<br>Re: Dkt. No. 22 |

The motion to relate cases 21-cr-00105-VC, *USA v. Robert Blancas*, and 21-cr-00121-JD, *USA v. Jessie Rush, et al.*, is denied. At Thursday's status conference in case no. 21-cr-00105-VC, the parties should be prepared to discuss whether the case should be stayed while case no. 21-cr-00121-JD is pending.

**IT IS SO ORDERED.**

Dated: April 12, 2021

VINCE CHHABRIA
United States District Judge