1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   FRANK RIEBLI (CABN 221152)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Eric.Cheng@usdoj.gov
        Frank.Riebli@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,             )  Case No. CR 21-0121 JD
                                          )
15          Plaintiff,                     )
                                          )
16     v.                                  )  STIPULATED REQUEST TO CONTINUE FIRST
                                          )  APPEARANCE AND EXCLUDE TIME UNDER
17  JESSIE ALEXANDER RUSH,                 )  THE SPEEDY TRIAL ACT AND [PROPOSED]
    ROBERT BLANCAS,                        )  ORDER
18  SIMON SAGE YBARRA, and                 )
    KENNY MATTHEW MIKSCH                   )
19                                         )
            Defendants.                    )
20  _____)

21

22          The defendants in this case are currently scheduled to make their first appearance in the District

23  Court on Tuesday, May 18, 2021 at 1:00 p.m.  The parties believe that it would be more efficient to

24  continue that first appearance to July 13, 2021.  The government has produced a substantial amount of

25  discovery to the defendants, including investigative process, photos, and audio files, and extracts from

26  cell phones.  In addition, the government has extended written plea offers to the defendants.  The

27  defendants require time to review the materials the government produce and discuss those materials with

28  their attorneys, as well as the terms of the proposed resolutions the government has offered.  The parties

STIPULATION AND [PROPOSED] ORDER
Case No. 21-CR-0121 JD                    1

1    will not be in a position to discuss those matters on May 18, but hope to be by July 13.

2         Defendants Rush, Ybarra, and Miksch are out of custody.  Defendant Blancas is in custody.

3         The parties further ask that the Court exclude the time from May 18, 2021 to and including July

4    13, 2021 from the operation of the Speedy Trial Act, as the time is necessary to allow for the effective

5    preparation of counsel.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

6    IT IS SO STIPULATED.

7    DATED: May 13, 2021                              _____/s/_____
                                                      ERIC CHENG
8                                                     FRANK RIEBLI
                                                      Assistant United States Attorneys
9

10   DATED: May 13, 2021                              ___/s/ Frank Riebli w/ permission___
                                                      ADAM PENELLA
11                                                    Attorney for JESSIE RUSH

12
     DATED: May 13, 2021                              ___/s/ Frank Riebli w/ permission___
13                                                    ALAN DRESSLER
                                                      Attorney for ROBERT BLANCAS
14

15   DATED: May 13, 2021                              ___/s/ Frank Riebli w/ permission___
                                                      MARTIN SABELLI
16                                                    Attorney for SIMON SAGE YBARRA

17
     DATED: May 13, 2021                              ___/s/ Frank Riebli w/ permission___
18                                                    DAVID COHEN
                                                      Attorney for KENNY MIKSCH
19

20

21                                   [PROPOSED] ORDER

22        Based upon the facts set forth in the stipulation of the parties and the representations made to the

23   Court and for good cause shown, the Court continues the First Appearance currently set for May 18,

24   2021, to July 13, 2021 at 1:00 p.m.

25        The Court further finds that failing to exclude the time from May 18, 2021 through July 13, 2021

26   would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

27   preparation.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by

28   excluding the time from May 18, 2021 through July 13, 2021 from computation under the Speedy Trial

1  Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the

2  consent of the parties, IT IS HEREBY ORDERED that the time from May 18, 2021 through July 13,

3  2021 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A),

4  (B)(iv).

5  **IT IS SO ORDERED.**

6  DATED:  May ___13___, 2021

7  _____
   HON. JAMES DONATO
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER
Case No. 21-CR-0121 JD                    3