The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Jessie Rush

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JESSIE RUSH,<br><br>            Defendant | Case No.: CR 21-0121 JD (JSC)<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE |

  The defendant Jessie Rush, by and through counsel Adam Pennella, and the United States, by and through counsel Frank Riebli and Eric Cheng, hereby stipulate and agree that Defendant's conditions of release can and should be modified as follows: Defendant can have access to and use a second digital device so that he can attend school, as long as Pretrial can monitor Defendant's internet activity on that second device. It is anticipated that he will use his wife's laptop for this purpose. She is agreeable to the internet monitoring of that device.  Pretrial has no objection to this modification.

  All other conditions shall remain in full force and effect.

//

**SO STIPULATED:**

Dated: May 24, 2021

_____/s/_____
Adam Pennella
Counsel for Jessie Rush

Dated: May 24, 2021    STEPHANIE HINDS
Acting United States Attorney

_____/s/_____
Frank Riebli/Eric Cheng
Assistant United States Attorneys

**SO ORDERED**:

Dated:                                    _____
Honorable Jacqueline Scott Corley
United States Magistrate Judge