Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Jessie Rush

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSIE RUSH,<br><br>　　　　Defendant. | No. CR 21-0121 JD<br><br>EX PARTE AND UNOPPOSED REQUEST FOR WAIVER OF DEFENDANT'S APPEARANCE; [PROPOSED] ORDER<br><br>Date: July 12, 2021<br>Time: 10:30 a.m.<br>Court: Honorable James Donato |

　　The above-captioned matter was initially set for an initial appearance before this Court on July 13, 2021. On July 6, 2021, the Court rescheduled the matter to July 12, 2021 at 10:30 a.m. The parties jointly requested to continue the status hearing, which was denied by this Court on July 9, 2021.

　　Undersigned defense counsel has a previously scheduled in-person appearance in state court that same morning, as well as a medical appointment, and is therefore unable to appear on 7/12/21. Co-defendant counsel Martin Sabelli has agreed to specially appear for undersigned counsel.

　　Defendant Jessie Rush lives in the Eastern District of California in Turlock, CA and would have to travel to appear in person on July 12, 2021. Moreover, Mr. Rush remains unvaccinated for Covid-19 at this time. Mr. Rush has been on Pretrial supervision since release without violation, including working full time (two jobs), reporting as directed, and otherwise has been compliant.

　　The government has no objection to this request.

//

As a result, Mr. Rush, by and through counsel, requests that the Court waive his personal appearance and allow him to appear through counsel at the upcoming hearing pursuant to Rule 43. He hereby waives the right to be personally present at the upcoming appearance pursuant to Rule 43 so that he does not need to travel personally to this District. Alternatively, he requests that the Court allow him to appear virtually or telephonically.

Mr. Rush further requests the Court to proceed during his physical absence during this hearing as if he were personally present, agrees that his interests will be deemed represented at this hearing, the same as if he were personally present, and further agrees to be present in court ready for any hearing or trial any day and hour that the Court may fix in his physical absence.

Mr. Rush further acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes counsel to set times and delays under that Act without him being personally present.

Undersigned counsel represents that Mr. Rush has specifically authorized counsel to make the above requests and representations.

Dated: July 9, 2021

/s/
Adam Pennella
Attorney for Defendant

**[PROPOSED] ORDER**:

GOOD CAUSE appearing, it is hereby ORDERED that defendant Jessie Rush's appearance at the hearing scheduled for July 12, 2021 is ordered waived pursuant to Rule of Criminal Procedure 43(b)(3).

Dated:

Honorable James Donato
U.S. District Court Judge

WAIVER OF DEFENDANT'S APPEARANCE