Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Jessie Rush

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR 21-0121 JD |
| )  | |
| Plaintiff,      ) | |
| )  | EX PARTE AND UNOPPOSED REQUEST FOR |
| v.      ) | WAIVER OF DEFENDANT'S APPEARANCE; |
| )  | [PROPOSED] ORDER |
| JESSIE RUSH,      ) | |
| )  | |
| Defendant.      ) | Date: August 9, 2021 |
| )  | Time: 1:00 p.m. |
| )  | Court: Honorable James Donato |

The above-captioned matter is set for a change of plea or trial setting hearing on the above date and time. The parties are currently working on the terms of a plea agreement. As a result, it will be requested at the upcoming hearing to set a future date for change of plea.

Defendant Jessie Rush lives in the Eastern District of California in Turlock, CA and would have to travel to appear in person on August 9, 2021. Moreover, Mr. Rush remains unvaccinated for Covid-19 at this time. Mr. Rush has been on Pretrial supervision since release without violation, including working full time, reporting as directed, and otherwise has been compliant. He just obtained a new job as an onsite EMT at a large warehouse/fulfillment center. While he was scheduled to begin work the week of August 9, 2021, he did not receive his schedule until the morning of August 6, 2021: he is currently assigned to start his first day of work on August 9, 2021.

In order to avoid travelling and missing his first day of work, and in light of the fact that the parties will not be prepared to proceed with regard to a change of plea, he therefore requests that his

WAIVER OF DEFENDANT'S APPEARANCE

1  personal appearance be waived at the upcoming appearance. The government has no objection to this
2  request.
3      Mr. Rush, by and through counsel, requests that the Court waive his personal appearance and
4  allow him to appear through counsel at the upcoming hearing pursuant to Rule 43. He hereby waives the
5  right to be personally present at the upcoming appearance pursuant to Rule 43 so that he does not need
6  to travel personally to this District.
7      Mr. Rush further requests the Court to proceed during his physical absence during this hearing as
8  if he were personally present, agrees that his interests will be deemed represented at this hearing, the
9  same as if he were personally present, and further agrees to be present in court ready for any hearing or
10 trial any day and hour that the Court may fix in his physical absence.
11     Mr. Rush further acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-
12 3174 (Speedy Trial Act), and authorizes counsel to set times and delays under that Act without him
13 being personally present.
14     Undersigned counsel represents that Mr. Rush has specifically authorized counsel to make the
15 above requests and representations.
16
17 Dated: August 6, 2021                    /s/
                                            Adam Pennella
18                                          Attorney for Defendant
19
20
21 **[PROPOSED] ORDER**:
22     GOOD CAUSE appearing, it is hereby ORDERED that defendant Jessie Rush's appearance at
23 the hearing scheduled for August 9, 2021 is ordered waived pursuant to Rule of Criminal Procedure
24 43(b)(3).
25
26 Dated:
                                            Honorable James Donato
27                                          U.S. District Court Judge
28

WAIVER OF DEFENDANT'S APPEARANCE