PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Jacqueline Scott Corley<br>U.S. Magistrate Judge | **RE:** | RUSH, Jessie |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:21-cr-00121-JD-1 |
| **Date:** | 8/31/21 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Josh Libby                                                  (415) 436-7504

**U.S. PRETRIAL SERVICES OFFICER**                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[x] Inform all parties concerned that I will conduct a Bail Review Hearing ~~in Courtroom No.~~ by Zoom on Sept. 2, 2021 at 11:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Jacqueline Scott Corley_                          August 31, 2021
**JUDICIAL OFFICER**                                **DATE**