

# Probation Referral

> DEFENSE COUNSEL shall be required to accompany a defendant who has just pled guilty or who has been convicted to the Probation Office on the 17th floor for an initial interview.

Anthony Castellano, Chief
U.S. Probation Office
450 Golden Gate Avenue
San Francisco, CA 94102

USPO assigned: _____

USPO email: _____

Date assigned: _____

Under seal?  _____ Yes   _____ No

Please conduct an investigation and render: _____

Instructions: _____

Name: _____

Criminal number: _____

Count: _____

Charge: _____

Multi defendant / related case(s): _____

_____ Custody        _____ Bond
_____ Jury Verdict   _____ Rule 20
_____ Open Plea      _____ Plea Agreement

Interpreter needed?  _____ Yes   _____ No

Language: _____

Sentencing date: _____   Time: _____

## Attorneys

USA: _____

Defense: _____

for Honorable _____

Date: _____    _____

Courtroom Deputy Clerk