# EXHIBIT A

December 27, 2021

Dear Judge Donato,

Words cannot even begin to describe the feelings of sorrow and remorse I have. The reckless disregard of life shown by someone I was affiliated with disgusts me to my core. I am unrecognizable to myself, and I feel nothing but shame and guilt. I express my sincerest condolences to the victims' families.

I will always have to live with the knowledge that someone in my circle committed such atrocious acts. I will always have to live with the guilt that I made wrong choices. While it's not the first time I've made a bad choice, the gravity of that choice and my actions will forever be a burden on my heart and mind more than anything I've faced in my life.

I prided myself as someone who thought they knew what honor was, and when faced with the choice to be honorable or cowardly I responded with cowardice with no regard on how it would affect my future, the future of my family, and others. I told Carillo to factory reset his phone without hesitation. At the time I lied to myself, and said it was for the greater good. But now I know the selfishness and fear that surrounded that choice. For that I accept the fullest of responsibilities.

I do not write these words to beg for mercy, I only ask for understanding. I ask that I may be allowed to try to right my course and regain my honor.

I have tried to live my life in service to my fellow man, and wish to somehow continue that. I know that until I face down the many demons that are attached to my conscience that I will not be effective in my goals.

I know that I must be punished for what I have done, but I want you to know that I have punished myself everyday since leaving Santa Rita Jail. I have contemplated my failures and relive the decision making process that led to our unfortunate introduction. I do know one thing however, and that is that while I made a cowardly choice I am no monster. I have spent the last nine months of my life only trying to understand myself to make myself better. I have continued to try to help my community and be an example for my fellow Veterans.

I leave you with this, I swear that as long as I live I will always be careful to give a second thought before acting. I will move forward proud and honorably. I will be the person I have tried to be and that I know I can be, and I will do better than I did yesterday.

Thank you for your consideration.

Sincerely,
Jessie Rush