# EXHIBIT C

# RAHN Y. MINAGAWA, PH.D.
# CURRICULUM VITAE

**Office Address:**   Forensic Psych Consultants
3919 Fourth Avenue, Suite B
San Diego, CA 92103-3172

**Citizenship:**   United States of America

**Telephone:**   Office: (619) 231-2668
Cell:    (619) 251-2668
FAX:    (619) 231-4133
Email:  rahnminagawa@gmail.com

**Education:**

| | |
|---|---|
| 1988-1989 | Children's Hospital, San Francisco -  Psychiatry Service<br>Comprehensive Child Crisis Service<br>Postdoctoral Fellow |
| 1977-1983 | University of Southern California<br>Doctorate - Psychology (Clinical)<br>Masters Degree - Psychology |
| 1976-1977 | California State College, Bakersfield<br>Bachelors Degree - Psychology |
| 1974-1976 | California State University, Hayward |
| 1972-1974 | West Valley Community College<br>Associates of Science - Biology |

**Military Service:**

| | |
|---|---|
| 1983-1995 | United States Navy - Active Duty<br>Commander, Medical Service Corps |
| 1995-2005 | United States Navy - Reserves (Active and Inactive)<br>Commander, Medical Service Corps |

**Licensure:**   State of California
Board of Psychology
License Number PSY 9854

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

## Honors:

| | |
|---|---|
| 1995 | Navy Commendation Medal |
| 1991 | Antarctica Service Medal<br>National Defense Service Medal<br>Southwest Asia Campaign Medal<br>Navy Unit Commendation |
| 1988 | Navy Achievement Medal<br>Meritorious Unit Commendation |
| 1977-1980 | National Institute of Mental Health<br>Graduate Fellowship |
| 1973 | Santa Clara Newcomer's Scholarship |
| 1972-1974 | Alpha Gamma Sigma Honour Society |

## Professional Associations:

American Professional Society on the Abuse of Children

American Psychological Association
    Divisions:    American Psychology - Law Society
                      Child, Youth & Family Services
                      Independent Practice
                      Military

American Psychological Association
    HIV Office of Psychology Education (HOPE) Trainer
    Behavioral and Social Sciences Volunteer

Association for the Treatment of Sexual Abusers

The International Society for Traumatic Stress Studies

National Coalition Against Domestic Violence

## Forensic Appointments:

Superior Court Panel of Psychologists for Criminal Court

County of San Diego Juvenile Court Dependency Panel

California Board of Psychology:  Expert Case Reviewer
                                            Child Custody Evaluation Taskforce (1997)

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

### Clinical Experience:

| | |
|---|---|
| 1995-Present | Clinical and Forensic Psychologist<br>Private Practice |
| 1989-1999 | Clinical Psychologist - U.S. Navy<br>U.S. Naval Hospital, San Diego<br>Department of Psychology<br>Head, Child & Adolescent Division (1989-1995) |
| 1988-1989 | Postdoctoral Fellow - Psychiatry Service<br>Children's Hospital of San Francisco |
| 1986-1988 | Clinical Psychologist - U.S. Navy<br>U.S. Naval Hospital, Rota, Spain<br>Head, Alcohol Rehabilitation Services |
| 1983-1986 | Clinical Psychologist - U.S. Navy<br>Branch Medical Clinics, San Diego<br>Marine Corps Recruit Depot<br>Head, Mental Health Unit |
| 1980-1983 | Psychological Assistant<br>Joseph Barber, Ph.D. - Supervisor<br>Los Angeles, CA |
| 1980-1981 | Internship - School of Medicine<br>University of California, Los Angeles |
| 1977-1979 | Clinical Practicum<br>Los Angeles County Mental Health<br>Forensic Mental Health Unit |

### Academic/Research Experience:

| | |
|---|---|
| 2018-Present | University of San Diego, Psychology Department<br>Juvenile Transfer Decisions in California: Adverse Childhood Experiences in the Transfer Decision Process |
| 2010-2014 | Faculty, Forensic Psychology Division<br>Alliant International University<br>San Diego, CA |
| 2007 | Rady Children's Hospital/University of California, San Diego<br>Laparoscopic Adjustable Gastric Banding (Lap-Band) as a Treatment for Morbid Obesity in Adolescents |

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

| | |
|---|---|
| 2006 | Safe Start San Diego: Integrated Domestic Violence Treatment Systems for Children - Clinical Specialist<br>Office of Juvenile Justice and Delinquency Prevention |
| 1998-2011 | Clinical Adjunct Professor<br>Department of Psychology, San Diego State University |
| 1995-2004 | Senior Scientist (Consultant) - GEOs-CENTER and<br>Henry M. Jackson Foundation<br>Naval Health Research Center<br>San Diego, CA |
| 1991-1995 | Assistant Training Director<br>Clinical Psychology Internship Program<br>U.S. Naval Hospital, San Diego |
| 1992-2000 | State of California - Board of Psychology<br>Oral Commissioner |
| 1990-1995 | George Washington University<br>Adjunct Faculty |
| 1986-1988 | University of Maryland, European Division<br>Instructor, Rota, Spain |
| 1981-1982 | University of Southern California<br>School of Medicine<br>Department of Medicine - Hypertension Service<br>Research Coordinator |
| 1980-1981 | University of California, Los Angeles<br>School of Medicine<br>Department of Anesthesiology<br>Staff Research Associate II |

**Publications:**

Hurtado, S., Shaffer, R.., Schuckit, M., Simon-Arndt, C., Castillo, E., Minagawa, R., Baer, J., Elder, J. and Engelberg, M. (2003). Evaluation of an Alcohol Misuse Prevention Program in a Military Population. (Report No. 03-26). San Diego, CA: NHRC.

Stephanie Booth-Kewley, Richard A. Shaffer, Rahn Y. Minagawa, Stephanie K. Brodine (2002) "Effectiveness of two versions of a sexually transmitted diseases/human immunodeficiency virus prevention program." *Military Medicine, Vol. 167*, 3:254-259.

Schuckit, M., Squier, H., Hurtado, S., Minagawa, R., & Shaffer, R. (2001) A measure of the intensity of response to alcohol in a military population. *American Journal of Drug and Alcohol Abuse, 27(4)* 749-757.

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

- Trank, T., Ryman, D., Minagawa, R., Trone, D. & Shaffer, R (2001) Running mileage, movement mileage, and fitness in male U.S. Navy recruits. *Medicine & Science in Sports & Exercise, 33(6),* 1033-1038.

- Booth-Kewley, A., Minagawa, R., Shaffer, R., Gilman, P., & Brodine, S. (1999) Evaluation of an STD/HIV intervention program among Marine security guards. Naval Health Research Center, Technical Document 99-23.

- Almeida, S., Williams, K., Minagawa, R., Benas, D., & Shaffer, R. (1997) Guidelines for developing a physical training program for U.S. Navy recruits. Naval Health Research Center, Technical Document 96-11K.

- Butcher, J., Jeffrey, T., Cayton, T., Colligan, S., DeVore, J. & Minagawa, R. (1990) A study of active duty military personnel with the MMPI-2. *Military Psychology, 2,* 47-61.

- DeQuattro, V., Sullivan, P., Minagawa, R., Kopin, I., Bornheimer, J., Foti, A. & Barndt, R. (1984) Central and peripheral noradrenergic tone in primary hypertension. *Federation Proceedings, 43,* 47-51.

- Reeves, J., Redd, W., Storm, K. & Minagawa, R. (1983) In J. Bonnica, O. Lindlom & A. Iggo (Eds.), *Advances in Pain Research and Therapy, Vol. 5* (pp 857-861). New York, NY:Raven.

- Redd, W., Andresen, G. & Minagawa, R. (1982) Hypnotic control of anticipatory emesis in patients receiving chemotherapy. *Journal of Consulting and Clinical Psychology, 50,* 14-19.

**Professional and Poster Presentations:**

- "Adolescent Development - Why Minors Should Not Be Treated As Adults" Los Angeles County District Attorney Office, Presentation to Senior Management, January 26, 2021.

- "Pacific Juvenile Defender Center's Transfer Litigation Intensive Forum - Building Your Transfer Team" InReach Video Conference, August 29, 2020.

- "Pacific Juvenile Defender Center's Transfer Litigation Intensive Forum - Representing the Older Client" InReach Video Conference, August 29, 2020.

- "Psychological Issues and the Evolution of Law as it Relates to Minors and Young Adults." University of San Diego, Department of Psychology, December 6, 2018

- "Beyond the Bench 24: Uniting for a Better Future - Recognizing Youth in Practice: Juvenile Delinquency Defense." Judicial Council of California, San Diego, CA, December 18, 2017.

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

"Risk and Protective Factors." Los Angeles County Public Defender Capital Case Seminar, Los Angeles, CA. September 16, 2017.

"Transfer Evaluations with a Focus on Gang-Involved Youth." Los Angeles County Public Defender's 35th Annual Juvenile Delinquency Law Training Seminar, Los Angeles, CA. April 29, 2017.

"Changes to WIC Section 707 Fitness Criteria" Santa Clara County Juvenile Justice Courthouse, San Jose, CA, May 11, 2016.

"Child Maltreatment, Adverse Childhood Experiences (ACE), & Complex Trauma: Research, Assessment and Forensic Applications" San Diego State University, Department of Public Health, San Diego, CA, April 28, 2016.

"Evaluating Competency in Minors: Understanding Critical Developmental Issues" San Diego Psychology & Law Society, San Diego, CA, July 24, 2014.

"Mitigating Gang Involvement: America's Child Soldiers" Capital Case Defense Seminar, Monterey, CA, February 16, 2014.

"Forensic Issues in Psychology" Department of Psychology, University of California, San Diego, August 27, 2013.

"Adolescent Brain Development" Inyo and Yolo County Probation Departments, Independence, CA, April 16, 2013.

"Discovering Hidden Mental Health Issues in Your Case" Office of the Public Defender, Riverside, CA, March 1, 2013.

"Discovering Hidden Mental Health Issues in Your Case" California Public Defender's Association, Yosemite National Park, November 10, 2012.

"Complex Trauma: Research, Assessment and Forensic Applications" San Diego County Public Defender, April 24, 2012.

"Forensic Psychology" Department of Psychology, University of California, San Diego, March 6, 2012.

"Developmental Perspective of Gang Involvement" San Diego County Public Defender, November 8, 2011, San Diego, CA.

"Developmental Perspective of Gang Involvement" San Francisco Public Defender, September 14, 2011, San Francisco, CA.

"Complex Trauma: Research, Assessment and Forensic Applications" San Francisco Public Defender, August 10, 2011, San Francisco, CA.

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

"Complex Trauma: Research, Assessment and Forensic Applications" San Clara County Public Defender, August 9, 2011, San Jose, CA.

"Mitigating Gang Involvement by Understanding Adolescent Development" Capital Case Defense Seminar, February 19, 2011, Monterey, CA.

"Mitigating Gang Involvement by Understanding Adolescent Development" Juvenile Defense Seminar, January 22, 2011, Monterey, CA.

"Developmental Perspective of Gang Involvement" California Defense Investigator's Association, May 20, 2010, Long Beach, CA.

"Developmental Perspective of Gang Involvement" San Diego County Probation Department, April 20, 2010, San Diego, CA.

"Mitigating Gang Involvement by Understanding Adolescent Development - *The Issue of Choice*" Capital Case Defense Seminar, February 13, 2010, Monterey, CA.

"Developmental Perspective of Gang Involvement" San Diego County Probation Department, January 6, 2010, San Diego, CA.

"Mitigating Gang Evidence" 2009 Capital Case Seminar, Los Angeles County Public Defender, October 16, 2009, Los Angeles, CA.

"Cultural Adaptations for Domestic Violence Programming" Safe Start San Diego 2009 Conference, June 11, 2009, San Diego, CA

"Interviewing Minors: Developmental Issues in Communication" California Defense Investigators Association Conference, May 21, 2009, Napa, CA

"Forensic Issues in Psychology" Grand Rounds, UCSD Medical Center, March 11, 2009, San Diego, CA.

"Adolescent Brain Development: A Work in Progress" Office of the Public Defender, Santa Barbara County, March 31, 2008, Solvang, CA.

"Developmental Perspective of Gang Involvement" Office of the Public Defender, Santa Barbara County, March 31, 2008, Solvang, CA.

"Laws, Ethics and Risk Management" San Diego Regional Center, April 23, 2008, San Diego, CA.

"Assessment Techniques for the Evaluation of Juvenile Sex Offenders" Office of the Public Defender, Santa Clara County, January 25, 2005, San Jose, CA.

"Domestic Violence Across Cultures: Assessment, Intervention & Resources for Clinicians" County of San Diego Health and Human Services Agency Training and Development, May 6, 2004, San Diego, CA.

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

"Laws, Ethics, and Risk Management: Keeping Your Clients and Practice out of Jeopardy" County of San Diego Health and Human Services Agency Training and Development, January 20, 2004, San Diego, CA.

"Asian American Street Gangs" Capital Case Defense Seminar, February 14, 2003, Monterey California.

"'Crimson Storm' - United States Marine Corps' Drug Education Video Game" 2001 Office of National Drug Control Policy International Technology Symposium, June 26, 2001, San Diego, CA.

"Domestic Violence: Ethnic Considerations" County of San Diego Health Services and Training Development, June 13, 2001, San Diego, CA.

"Laws, Ethics, and Risk Management" US Naval Medical Center, Departments of Psychology and Psychiatry, May 22, 2001, San Diego, Ca.

"Using Videogame Technology to Address Drug Prevention in Adolescence" Office of National Drug Control Policy and Department of Defense Alcohol Abuse and Tobacco Use Reduction Committee, April 24, 2001, The White House, Washington, DC.

"Fitness Hearings/Deferred Entry of Judgment: How to determine whether to send juveniles to adult court" Panelist, 2001 California Juvenile Law & Procedure Institute, California Center for Judicial Education and Research, April 6, 2001, Costa Mesa, CA.

"Laws, Ethics, and Risk Management" National Academy of Neuropsychology Conference 2000, November 15, 2000, Orlando, FL.

"Use of Videogame Technology to Educate Marines on Drugs and Drug Effects" Office of National Drug Control Policy, November 13, 2000, San Diego, CA.

"Adolescent Violence" The Commonwealth Club of California, June 8, 2000, San Francisco, CA.

"Black Youth at Risk Forum - Black Youth Crime and Incarceration: The Cause and Cure" Sponsored by the San Diego Branch NAACP, San Diego Urban League, and the San Diego County Bar Association, October 23, 1999, San Diego, CA.

"Laws, Ethics, and Risk Management: Keeping Your Clients and Practice out of Jeopardy" 1999-2000 Professional Seminars, Forensic Psych Consultants, state-wide.

"Transition of a Successful Skills-Building STD/HIV Intervention" February 5, 1999, Navy Medical Center, San Diego, CA.

"Gangs as Mitigation" 1998 Death Penalty College, August 12, 1998, Santa Clara University, School of Law, CA.

**Rahn Y. Minagawa, Ph.D.**
**Curriculum Vitae**

"Adolescent Risk Factors for Delinquency" Division of Adolescent Medicine Grand Rounds, April 9, 1998, University of California, San Francisco, CA.

"Domestic Violence: Ethnic Considerations" County of San Diego Health Services and Training Development, March 25, 1998, San Diego, CA.

"Adolescent Pressures Towards Violence" Capital Case Defense Seminar, February 15, 1998, Monterey, CA.

"Detecting Mental Illness" Capital Case Defense Seminar, February 14, 1998, Monterey, CA.

"Assessment of a Revised Training Model for the Prevention of Musculoskeletal Injuries in Female Navy Recruit Populations" (Poster Presentation) 38th Navy Occupational Health and Preventive Medicine Workshop, February 12, 1997, Virginia Beach, VA.

"Cross Cultural Conflicts in the Juvenile and Family Court Systems" Panelist, Minor's Counsel Seminar, San Diego County Bar Association, November 9, 1996, San Diego, CA.

"Forensic Mental Health Issues in the Military Court System" Navy Legal Services Office, April, 1996, San Diego, CA.

"Expert Witnesses" West Coast National Institute for Trial Advocacy, August 16, 1994, San Diego, CA.

"Stress, Depression and Suicide" 31st Navy Occupational Health and Preventive Medicine Workshop, March 10, 1991, Virginia Beach, VA.

"Examination Techniques: Lay and Expert Witnesses" U.S. Department of Justice, February 15, 1991, San Diego, CA.