The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Jessie Rush

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JESSIE RUSH,<br><br>          Defendant | Case No.: CR 21-0121 JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING |

   Defendant Jessie Rush, by and through counsel Adam Pennella, and the United States, by and through counsel Eric Cheng, hereby stipulate and agree to continue Defendant's Change of Plea hearing to April 25, 2022 at 10:30 a.m. (which is the same date and time as the Change of Plea hearing for co-defendant Simon Ybarra). The reason for the defense's request is that Mr. Rush injured his right ankle and cannot drive safely. Mr. Rush lives in the Eastern District of California and therefore public transportation is not reasonably feasible. The government intends to request that the Court set a joint sentencing hearing for all Defendants at a date and time shortly after April 25, 2022, which will be separately proposed to the Court.

//

**SO STIPULATED:**

Dated: March 25, 2022

_____/s/_____
Adam Pennella
Counsel for Jessie Rush

Dated: March 25, 2022                    STEPHANIE HINDS
                                          United States Attorney

_____/s/_____
Eric Cheng
Assistant United States Attorneys

**SO ORDERED**:

Dated:                                    _____
                                          Honorable James Donato
                                          United States District Court Judge