The Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Jessie Rush

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21-0121 JD |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| JESSIE RUSH, | |
| Defendant | |

  Defendant Jessie Rush, by and through counsel Adam Pennella, and the United States, by and through counsel Eric Cheng, hereby stipulate and agree to continue Defendant's Change of Plea hearing to April 25, 2022 at 10:30 a.m. (which is the same date and time as the Change of Plea hearing for co-defendant Simon Ybarra). The reason for the defense's request is that Mr. Rush injured his right ankle and cannot drive safely. Mr. Rush lives in the Eastern District of California and therefore public transportation is not reasonably feasible. The government intends to request that the Court set a joint sentencing hearing for all Defendants at a date and time shortly after April 25, 2022, which will be separately proposed to the Court.

//

**SO STIPULATED:**

Dated: March 25, 2022

                                                   _____/s/_____
                                                   Adam Pennella
                                                 Counsel for Jessie Rush

Dated: March 25, 2022                STEPHANIE HINDS
                                            United States Attorney

                                                 _____/s/_____
                                                 Eric Cheng
                                               Assistant United States Attorneys

**SO ORDERED**:

Dated:  March 25, 2022                                       _____
                                                 Honorable James Donato
                                                 United States District Court Judge