STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-0121 JD |
| Plaintiff, | **STIPULATION TO SET CHANGE OF PLEA HEARING FOR DEFENDANT MIKSCH AND SET SENTENCING HEARING FOR DEFENDANTS RUSH, YBARRA, AND MIKSCH** |
| v. | |
| (1) JESSIE ALEXANDER RUSH,<br>(3) SIMON SAGE YBARRA, and<br>(4) KENNY MATTHEW MIKSCH, | Pretrial Conf.: May 19, 2022<br>Time: 1:30 p.m. |
| Defendants. | Trial: June 6, 2022<br>Time: 9:00 a.m. |
| | Judge: Hon. James Donato |

On February 22, 2022, the Court declined to accept the Rule 11(c)(1)(C) plea agreements previously entered into by the government and each of Defendants Rush, Ybarra, and Miksch. *See* Dkt. Nos. 114, 115, 116. The Court set trial for June 6, 2022 and the pretrial conference for May 19, 2022 at 1:30 pm. *Id*. Since then, the parties requested that the Court set change of plea hearings on April 25, 2022 for Defendants Rush and Ybarra. Dkt. Nos. 125–129.

Defendant Miksch now also seeks to change his plea. Therefore, it is hereby stipulated by and

STIPULATION
21-CR-0121 JD

between counsel for the United States and counsel for Defendant Miksch that the matter be set for his change of plea on **May 2, 2022 at 10:30 a.m.**

Given that the Presentence Investigation Reports for the defendants have already been prepared by United States Probation, and with the agreement of Probation, it is hereby stipulated by and between counsel for the United States and counsel for each of Defendants Rush, Ybarra, and Miksch that the Court set the matter for sentencing for the three defendants on **May 5, 2022 at 11:30 a.m.**

DATED: March 29, 2022

Respectfully submitted,

/s/
ERIC CHENG
FRANK RIEBLI
Assistant United States Attorneys

/s/
ADAM PENNELLA
Counsel for Defendant Jessie Rush

/s/
MARTIN SABELLI
Counsel for Defendant Simon Ybarra

/s/
DAVID J. COHEN
ALEX GUILMARTIN
Counsel for Defendant Kenny Miksch

**~~[PROPOSED]~~ ORDER**

Based on the representations made to the Court and the stipulation of the parties, the Court sets the matter for change of plea for Defendant Miksch on **May 2, 2022 at 10:30 a.m.**

The Court also sets the matter for sentencing for Defendants Rush, Ybarra, and Miksch on **May 5, 2022 at 11:30 a.m**.

**IT IS SO ORDERED.**

DATED: March 31, 2022

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE