UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: May 5, 2022                                   Judge: Hon. James Donato

Court Reporter: Marla Knox
Time: 53 Minutes
Case No.        **3:21-cr-00121-JD-1**
Case Name       **USA v. Jessie Alexander Rush**

Attorney(s) for Government:    Eric Cheng/Frank Riebli
Attorney(s) for Defendant(s):  Adam Pennella
Probation Officer: Jessica Goldsberry

Deputy Clerk: Lisa Clark

PROCEEDINGS

Sentencing Hearing -- Held

NOTES AND ORDERS

Defendant is sentenced to 6 months of custody; 3 years of supervised release; a $100 special assessment, and a forfeiture of firearms, ammunition, and electronics seized from defendant.

A voluntary surrender order will be filed separately.